**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MARIE VILLEGAS,

        Plaintiff,

                                  CASE NO. 05-73680
v.                                  HON. LAWRENCE P. ZATKOFF

COMMISSIONER OF SOCIAL SECURITY

        Defendant.
_____/

## **ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

     This matter is currently before the Court on Magistrate Judge Morgan's March 30, 2006 Report and Recommendation which recommends that Plaintiff's case be dismissed.  Plaintiff has not filed objections to the Report and Recommendation, but on April 12, 2006, Plaintiff filed a letter with the Court.  This letter indicated that Plaintiff was having health problems and financial problems but would be sending out documentation to the Court in the coming week.  More than thirty days have passed since Plaintiff filed her letter, and yet the Court has received no further filings or objections.

     Accordingly, after a thorough review of the court file and the Report and Recommendation, this Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.  Accordingly, the Court HEREBY DISMISSES Plaintiff's action.

     IT IS SO ORDERED.

                                                  s/Lawrence P. Zatkoff
                                                  LAWRENCE P. ZATKOFF
                                                  UNITED STATES DISTRICT JUDGE

Dated: May 25, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 25, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290